**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) ) ) | C.A. No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| NANJING NORATECH PHARMACEUTICAL CO., LIMITED, | ) ) ) | C.A. No. 23-401-RGA |
| Defendant. | ) ) ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the July 6, 2023 Scheduling Order (20-md-2930-RGA, D.I. 1097), Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendant Nanjing Noratech Pharmaceutical Co., Limited ("Noratech") hereby submit the following Joint Claim Construction Chart identifying for the Court the claim term of U.S. Patent No. 11,058,667 ("the '667 patent"), for which the parties have a dispute, together with each party's proposed construction thereof and citations to the supporting intrinsic evidence.

1

**EXHIBITS**

| Exhibit No. | Document Description |
|---|---|
| 1 | U.S. Patent No. 11,058,667 ("the '667 patent") |
| 2 | '667 patent application |
| 3 | 2021-08-31 Certificate of Correction |
| 4 | 2021-08-17 Certificate of Correction Communication |
| 5 | 2021-06-14 Corrected Notice of Allowability |
| 6 | 2021-04-27 Amendment after Allowance under 37 C.F.R. § 1.312 |
| 7 | 2020-09-28 Corrected Notice of Allowability |
| 8 | 2020-09-22 Statement of the Substance of the Applicant-Initiated Interview |
| 9 | 2020-09-16 Interview Summary |
| 10 | 2020-09-11 Amendment under 37 C.F.R. § 1.312 |
| 11 | 2020-06-22 Notice of Allowance |
| 12 | 2019-10-30 Amendment in Response to Office Action |
| 13 | 2019-05-01 Final Rejection |
| 14 | 2019-01-25 Amendment in Response to Office Action |
| 15 | 2018-07-25 Non-Final Rejection |
| 16 | 2017-11-07 Claims and Preliminary Amendment |
| 17 | Brauser, TITRATION: Two LCZ696 Dosing Regimens Appear Safe, Tolerable for Range of HFrEF Patients, Medscape, May 25, 2015 |
| 18 | Kario, K. *et al.*, LCZ696, a First-in-Class Angiotensin Receptor-Neprilysin Inhibitor: The First Clinical Experience in Patients with Severe Hypertension, J. Clin. Hypertens., (2016) 18(4), 308-314 |
| 19 | NCT01922089 Trial Record at pp. 1, 2 (Nov. 20, 2013 and Aug. 13, 2013 versions) |
| 20 | Senni, M. *et al.*, Initiating sacubitril/valsartan (LCZ696) in heart failure: results of TITRATION, a double-blind, randomized comparison of two uptitration regimens, Eur. J. Heart Fail., (2016) 18, 1193-1202 |
| 21 | TITRATION study confirms LCZ696 safe and tolerated in clinical practice, ESC Press Release May 23, 2015 |

**DISPUTED CONSTRUCTION**

| Claim Term | Novartis's Proposed Construction and Supporting Intrinsic Evidence[1] | Noratech's Proposed Construction and Supporting Intrinsic Evidence[2,3] |
|---|---|---|
| "regimen"<br><br>(claims 1-19) | **Proposed Construction:**<br><br>No construction is required; and to the extent claim construction is required, "method"<br><br>**Intrinsic Evidence:**<br><br>'667 patent[4], title, abstract, figure, 1:16-26, 2:32-34, 2:45-54, 3:1-9, 3:14-45, 3:66-4:3, 4:30-37, 5:40-7:45, 13:10-25, 16:14-17, 16:40-18:56, 19:1-19, 19:54-61, 19:65-67, 20:12-29, claims 1-19.<br><br>Prosecution History of '667 patent:<br><br>- Matching portions to the '667 patent specification in the application as filed or amended.<br>- 11.7.2017 Preliminary Amendment at pp. 4-6.<br>- 7.25.2018 Non-Final Rejection at pp. 6-11. | **Proposed Construction:**<br><br>"multi-step method of treatment that includes all recited administration and titration steps performed in the recited order"<br><br>**Intrinsic Evidence:**<br><br>'667 patent prosecution history at:<br><br>- Matching portions to the '667 patent specification in the application as filed or amended<br>- 11/7/2017 Claims and Preliminary Amendment at pp. 4-6.<br>- 7/25/2018 Non-Final Rejection at pp. 5-9.<br>- 1/25/2019 Response to Office Action at pp. 2-6, 9-12.<br>- 5/1/2019 Final Rejection at pp. 5-12. |

---

[1] Novartis reserves the right to rely on intrinsic evidence cited by Noratech and/or additional intrinsic evidence in response to Noratech's argument or to intrinsic evidence cited by Noratech.

[2] Noratech reserves the right to argue that the claims of the '667 patent are indefinite.

[3] Noratech reserves the right to rely on intrinsic evidence cited by Plaintiff and/or additional intrinsic evidence in response to Plaintiff's argument or to intrinsic evidence cited by Plaintiff.

[4] All cites to the '667 patent in this chart include the changes listed in the Certificate of Correction.

| | |
|---|---|
| <ul><li>1.25.2019 Amendment in Response at pp. 2-6.</li><li>5.1.2019 Final Rejection at pp. 4, 6-12, 14.</li><li>10.30.2019 Amendment in Response at pp. 2-6.</li><li>6.22.2020 Notice of Allowance at pp. 2-3.</li><li>8/17/2021 Certificate of Correction Communication.</li><li>8/31/2021 Certificate of Correction.</li></ul>Brauser, TITRATION: Two LCZ696 Dosing Regimens Appear Safe, Tolerable for Range of HFrEF Patients, Medscape, May 25, 2015 at pp. 1, 2.<br><br>Kario, K. *et al.*, LCZ696, a First-in-Class Angiotensin Receptor-Neprilysin Inhibitor: The First Clinical Experience in Patients with Severe Hypertension, J. Clin. Hypertens., (2016) 18(4), 308-314 at abstract, pp. 311-312.<br><br>NCT01922089 Trial Record at pp. 1, 2 (Nov. 20, 2013 and Aug. 13, 2013 versions).<br><br>Senni, M. *et al.*, Initiating sacubitril/valsartan (LCZ696) in heart failure: results of TITRATION, a double-blind, randomized comparison of two uptitration regimens, Eur. J. Heart Fail., (2016) 18, 1193-1202 at abstract, pp. 1194-1201.<br><br>TITRATION study confirms LCZ696 safe and tolerated in clinical practice, ESC Press Release May 23, 2015 at pp. 1-3.<br><br>Any intrinsic evidence relied upon by Noratech. | <ul><li>10/30/2019 Response to Office Action at pp. 2-13.</li><li>6/22/2020 Notice of Allowance at pp. 2-3.</li><li>9/11/2020 Amendment under 37 C.F.R. § 1.312 at pp. 2-8.</li><li>9/16/2020 Interview Summary.</li><li>9/22/2020 Statement of the Substance of the Applicant-Initiated Interview.</li><li>9/28/2020 Corrected Notice of Allowability.</li><li>4/27/2021 Amendment after Allowance under 37 C.F.R. § 1.312 at pp. 2-7.</li><li>6/14/2021 Corrected Notice of Allowability.</li><li>8/17/2021 Certificate of Correction.</li><li>8/31/2021 Certificate of Correction.</li></ul> |

4

Dated: October 20, 2023                                         Respectfully submitted,

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| /s/ Alexandra M. Joyce | /s/ Dominick T. Gattuso |
| Daniel M. Silver (#4758) | Dominick T. Gattuso (#3630) |
| Alexandra M. Joyce (#6423) | Denise S. Kraft (#2778) |
| Renaissance Centre | 300 Delaware Ave., Suite 200 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 472-7300 |
| (302) 984-6300 | dgattuso@hegh.law |
| dsilver@mccarter.com | dkraft@hegh.law |
| ajoyce@mccarter.com | |
| | Don J. Mizerk |
| Nicholas N. Kallas | Matthew M. Kamps |
| Christina Schwarz | HUSCH BLACKWELL LLP |
| Christopher E. Loh | 120 South Riverside Plaza, Suite 2200 |
| Susanne Flanders | Chicago, IL 60606 |
| Jared L. Stringham | (312) 655-1500 |
| Shannon Clark | don.mizerk@huschblackwell.com |
| Laura Fishwick | matt.kamps@huschblackwell.com |
| Gregory J. Manas | |
| VENABLE LLP | Thomas P. Heneghan |
| 151 West 42nd Street | HUSCH BLACKWELL LLP |
| New York, NY 10036 | 33 East Main Street, Suite 300 |
| (212) 307-5500 | Madison, WI 53703 |
| nkallas@venable.com | (606) 234-6032 |
| cschwarz@venable.com | tom.heneghan@huschblackwell.com |
| cloh@venable.com | |
| slflanders@venable.com | *Attorneys for Defendant Nanjing Noratech* |
| jlstringham@venable.com | *Pharmaceutical Co., Limited* |
| skclark@venable.com | |
| lfishwick@venable.com | |
| gjmanas@venable.com | |

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*