

| | | |
|---|---|---|
| | **Daniel M. Silver**<br>Wilmington Office Managing Partner<br>T. 302-984-6331<br>F. 302-691-1260<br>dsilver@mccarter.com | McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801-3717<br>www.mccarter.com |

February 20, 2025

**VIA CM/ECF & HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *In re Entresto (Sacubitril/Valsartan) Patent Litigation*,
C.A. Nos. 20-md-2930-RGA and 23-401-RGA

Dear Judge Andrews,

Enclosed please find two USB drives that contain electronic versions of the following post-trial documents from Plaintiff Novartis Pharmaceuticals Corporation, with hyperlinks to exhibits, transcripts, and cases cited therein:

- Novartis's Reply Post-Trial Brief on Infringement of the '667 Patent by Noratech and Gerbera (D.I. 1788 in C.A. No. 20-md-2930);

Counsel are available at the Court's convenience in connection with this matter.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc: Counsel of Record (via Electronic Mail)

ME1 52203826v.1